UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HASEEB QADIR,

                Plaintiff,

-against-

MICHAEL MUKASEY,
    Attorney General of the United States,
MICHAEL CHERTOFF,
    Department of Homeland Security,
JONATHAN SCHARFEN,
    Acting Director, U.S. Citizenship and
Immigration Services,
ROBERT S. MUELLER, III,
    Director of the Federal Bureau of
Investigations,
ANDREA QUARANTILLO,
    District Director USCIS New York District,
BRYANT CHISOLM,
    USCIS New York District,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
08-CV-4256 (JG)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ JAN 1 4 2009 ★
P.M. _____
TIME A.M. _____

       An Order of Honorable John Gleeson, United States District Judge, having been filed on January 14, 2009, dismissing the case as moot; it is

       ORDERED and ADJUDGED that judgment is hereby entered dismissing the case as moot.

Dated: Brooklyn, New York
       January 14, 2009

ROBERT C. HEINEMANN
Clerk of Court

By  s/Terry Vaughn
      Chief Deputy.